# Third District Court of Appeal

## State of Florida

Opinion filed September 8, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1381
Lower Tribunal No. 15-11613

_____

**Isaid Awad,**
Appellant,

vs.

**Pedro Ortega, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Florida Legal Consulting, P.A., and Omar M. Saleh (Sunrise), for appellant.

Navarro Attorneys at Law, and Luis F. Navarro, for appellees.

Before SCALES, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed. See Handel v. Nevel, 147 So. 3d 649, 651 (Fla. 3d DCA 2014) ("We review a trial court's ruling on a rule 1.540(b) motion to vacate for an abuse of discretion and we will not disturb that ruling unless no reasonable judge would have reached the same decision." (citation omitted)).